UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SATCHER,<br><br>            Plaintiff,<br><br>     v.<br><br>AMERICAN HOME BROKERS CONDUIT, et al.,<br><br>            Defendants. | Case No. EDCV 12-01124 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants Homeward Residential, Inc. (formerly known as American Home Mortgage Servicing, Inc.), Power Default Services, Inc., and Mortgage Electronic Registration Systems, Inc.  The Court orders that such judgment be entered.

Dated: August 1, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge