**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 12-01124 VAP (DTBx)                    Date:  January 4, 2013

Title:   MICHAEL SATCHER, AN INDIVIDUAL -v- AMERICAN HOME BROKERS CONDUIT; AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES INC. (A CALIFORNIA CORPORATION) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (A SEPARATE CORPORATION); AND DOES 1-50, INCLUSIVE

================================================================

PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

      Marva Dillard                                             None Present
      Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR                          ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                   DEFENDANTS:

      None                                                          None

PROCEEDINGS:   ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE (IN CHAMBERS)

     On July 6, 2012, Defendants Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc. ("Homeward"); Power Default Services, Inc. ("Power Default"); and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, "Defendants") filed a Notice of Removal (Doc. No. 1), removing an action that was filed by Plaintiff Michael Satcher in the Superior Court of California for the county of Riverside.

**EDCV 12-01124 VAP (DTBx)**
**MICHAEL SATCHER, AN INDIVIDUAL v. AMERICAN HOME BROKERS CONDUIT; AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES INC. (A CALIFORNIA CORPORATION) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (A SEPARATE CORPORATION); AND DOES 1-50, INCLUSIVE**
**MINUTE ORDER of January 4, 2013**

On August 1, 2012, the Court dismissed the action against defendants Homeward, Power Default, and MERS. (See Order (Doc. No. 7).)

Since then, Plaintiff has not prosecuted his claim against the remaining defendant, American Broker's Conduit. The Court ORDERS Plaintiff to show cause, in writing, no later than January 14, 2013, why this matter should not be dismissed without prejudice for failure to prosecute as to Defendant American Broker's Conduit.

**IT IS SO ORDERED.**